IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 13 |
|     Dwone Ross, Sr. | ) Case No.  13-08996 |
|     Veda J. Williams-Ross | ) |
| | ) |
| | ) Judge     Timothy A. Barnes |
| | ) |
|     Debtors, | ) Trustee   Marilyn O. Marshall |
| Dwone Ross, Sr. | ) |
| Veda J. Williams-Ross, | ) |
|                Plaintiffs, | ) |
| | ) |
|    -vs- | ) No. 13-00592 |
| | ) |
| HOUSEHOLD FINANCE CORPORATION III | ) |
| AND OR ASSIGNEES | ) |
| | ) |
| | ) |
| | ) |
| | ) |
|                Defendant. | ) |

NOTICE OF  M O T I O N

TO: SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on June 3, 2013 at 9:30am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes usually occupied by him/her  in the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn St. in Courtroom 613, Chicago, IL 60604 or before such other Judge in Bankruptcy as may be presiding in his place and stead to present the attached Motion: Motion for Default and Entry of Judgment in Favor of Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross and against all Defendants as to Adversary Complaint to Determine Nature and extent of Lien and Avoid Junior Mortgage of Household Finance Corporation III and or Assignees

Rae Kaplan
Kaplan Bankruptcy Firm LLC
55 East Jackson Blvd. Suite 650
Chicago, IL  60604
(312)294-8989
(312)294-8995 fax

|  |  |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) SS |
| COUNTY OF COOK | ) |

## PROOF OF SERVICE

I, Josefina Cabrales, a non-attorney, on oath state that I served this Notice along with the attached Motion upon the parties listed in the attached service list by causing same to be mailed in a properly addressed envelope, postage prepaid from the U.S. Postal Service at Adams and Dearborn St., Chicago, Illinois, before 5:00 pm on  May 21, 2013 unless a copy was provided electronically by the Bankruptcy Court.

*/s/ Josefina Cabrales*

SERVICE LIST

Household Finance Corporation III
636 Grand Regency Blvd
Brandon, FL 33510
Sent Via Regular Mail

HFC
P.O. Box 5233
Carol Stream, IL 60197-5233
Sent Via Regular Mail

HFC
P.O. Box 17574
Baltimore, MD 21297-1574
Sent Via Regular Mail

Trustee Marilyn Marshall
224 South Michigan 8th Floor
Chicago, IL 60604
Sent Via Electronic Mail

Johnson, Blumberg & Associates
230 W. Monroe Street
Suite 1125
Chicago, IL 60606

Sent Via Electronic Mail

Household Finance Corporation III
Registered Agent
CT Corporation
208 South LaSalle Suite 814,
Chicago, IL 60604
Sent Via Regular Mail

Kathryn Madison, President
for Household Finance Corporation III
961 Wiegel Drive
Elmhurst, IL 60126
Sent Via Regular Mail

L.R. Abrahms, Secretary
for Household Finance Corporation III
26525 N Riverwood Blvd
Mettawa, IL 60045
Sent Via Regular Mail

Dwone Ross, Sr.
Veda J. Williams-Ross
17959 Edwards Ave.
Country Club Hills, IL 60478
Sent via Regular Mail

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 13 |
|    Dwone Ross, Sr. | ) Case No.  13-08996 |
|     Veda J. Williams-Ross | ) |
| | ) |
| | ) Judge    Timothy A. Barnes |
| | ) |
|    Debtors, | ) Trustee   Marilyn O. Marshall |
| Dwone Ross, Sr. | ) |
| Veda J. Williams-Ross, | ) |
|                Plaintiffs, | ) |
| | ) |
|  -vs- | ) No. 13-00592 |
| | ) |
| HOUSEHOLD FINANCE CORPORATION III | ) |
| AND OR ASSIGNEES | ) |
| | ) |
| | ) |
| | ) |
| | ) |
|               Defendant. | ) |

<u>MOTION FOR DEFAULT AND ENTRY OF JUDGMENT IN FAVOR OF
DWONE ROSS, SR. AND VEDA J. WILLIAMS-ROSS  AND AGAINST ALL
DEFENDANTS AS TO ADVERSARY COMPLAINT TO DETERMINE NATURE AND
EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF HOUSEHOLD FINANCE
CORPORATIONS III AND OR ASSIGNEES</u>

NOW COMES the Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross by and through their debtor's' attorney Rae Kaplan and hereby requests an Order of Default and Entry of Judgment in favor of Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross and against Household Finance Corporation III and or Assignees and states as follows:

1. The Debtors in the underlying case, Dwone Ross, Sr. and Veda J. Williams-Ross filed a Chapter 13 bankruptcy petition on 3/7/2013 in the Northern District of Illinois, Eastern Division as case number 13-08996. Dwone Ross, Sr. and Veda J. Williams-Ross are the Plaintiffs in this case.

2. On April 16, 2013, Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross filed the attached ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES.

3. On April 16, 2013, Plaintiffs served Defendant HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES via first class mail. A Proof of Service as to service was filed with the Bankruptcy Court. A copy of which is attached.

4. Defendants, HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES. were required to answer or otherwise plead by May 16, 2013.

5. Defendant, HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES. have not filed an appearance or answer to the ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES.

6. Based on the failure to appear or answer, Defendant, HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES have admitted each of the allegations contained in the ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF HOUSEHOLD FINANCE CORPORATION III AND OR ASSIGNEES.

7. Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross are entitled to Judgment in the debtor's favor and against Defendants, against Household Finance Corporation III and or Assignees.

WHEREFORE, Plaintiffs, Dwone Ross, Sr. and Veda J. Williams-Ross hereby requests a finding of Default and a Judgment Order in favor of Dwone Ross, Sr. and Veda J. Williams-Ross and against Household Finance Corporation III and or Assignees against each defendant in accordance of the relief requested in the Adversary Complaint and for any further relief this court deems just.

                      Respectfully Submitted
                      */s/Rae Kaplan*
                      Rae Kaplan, Attorney,

Rae Kaplan
Kaplan Bankruptcy Firm LLC
55 East Jackson Blvd. Suite 650
Chicago, IL  60604
(312)294-8989